1 **COX, WOOTTON, GRIFFIN,**
**HANSEN & POULOS, LLP**
2 Marc T. Cefalu (SBN 203324)
Courtney M. Crawford (SBN 242567)
3 190 The Embarcadero
San Francisco, CA 94105
4 Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601
5
Attorneys for Plaintiff
6 IMMERSA MARKETING, INC.
SUCCESSOR IN INTEREST TO THE
7 CHASE GROUP LLC D/B/A IMMERSA
MARKETING
8

9                    **UNITED STATES DISTRICT COURT**

10                    **NORTHERN DISTRICT OF CALIFORNIA**

11                          **OAKLAND DIVISION**

12  IMMERSA MARKETING, INC.,          )   Case No.: CV-13-1859 SBA
    SUCCESSOR IN INTEREST TO THE      )
13  CHASE GROUP LLC D/B/A IMMERSA     )   **ORDER GRANTING**
    MARKETING                         )   **PLAINTIFF'S EX PARTE**
14                                    )   **MOTION TO EXTEND TIME TO**
                                      )   **SERVE FOREIGN DEFENDANTS**
                      Plaintiff,      )
15                                    )
        v.                            )   **FRCP 4(m); 6(b)(1)(A)**
16                                    )   **CLR 7-10**
    HUCOM COMMUNICATIONS, LTD,        )
17  BORNA ALIKHANI, TAYLOR HUCOM      )
    DESIGN, TAYLOR MANUFACTURING      )
18  INDUSTRIES, INC., GLOBACORE,      )
    INC., AND ENVIRONMENT AGENCY –    )
19  ABU DHABI,                        )
                                      )
20                      Defendants.   )

21       This Court has read and considered the *ex parte* Motion for an Order Extending

22  Time filed by plaintiff Immersa Marketing, Inc., successor in interest to the Chase Group

23  LLC D/B/A Immersa Marketing (hereinafter "Plaintiff") on December 18, 2013, and all

24  evidence presented and existing in support of that Motion.  It appears to the satisfaction of

25  the Court that *ex parte* relief is proper, and that the current deadline for service of the

26  complaint should be extended.

27  ///

28  ///

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

FDS.Hucom/3236

1

2
      **THEREFORE, IT IS ORDERED that:**

3
      The current date for service of the complaint is extended from December 31, 2013 to

4
March 31, 2014.  Plaintiff shall serve Defendants and file corresponding proofs of service

5
no later than the extended date of March 31, 2014.

6
Dated: _____December 23_, 2013

7

8
                         By: _____

9
                            Honorable Saundra Brown Armstrong
                            United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
26

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601
27

28

FDS.Hucom/3236

                                             Case No.:  CV-13-1859 SBA

ORDER GRANTING NOTICE OF PLAINTIFF'S EX PARTE MOTION TO EXTEND TIME