|   |   |
|---|---|
| 1 | **COX, WOOTTON, GRIFFIN,** |
|   | **HANSEN & POULOS, LLP** |
| 2 | Marc T. Cefalu (SBN 203324) |
|   | Courtney M. Crawford (SBN 242567) |
| 3 | 190 The Embarcadero |
|   | San Francisco, CA  94105 |
| 4 | Telephone No.: 415-438-4600 |
|   | Facsimile No.: 415-438-4601 |
| 5 |   |
|   | Attorneys for Plaintiff |
| 6 | IMMERSA MARKETING, INC. |
|   | SUCCESSOR IN INTEREST TO THE |
| 7 | CHASE GROUP LLC D/B/A IMMERSA |
|   | MARKETING |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| IMMERSA MARKETING, INC., SUCCESSOR IN INTEREST TO THE CHASE GROUP LLC D/B/A IMMERSA MARKETING, | ) ) ) ) | Case No.:  CV-13-1859 SBA |
|---|---|---|
| Plaintiff, | ) ) ) | **ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO EXTEND TIME TO SERVE FOREIGN DEFENDANTS** |
| v. | ) ) | **FRCP 4(m); 6(b)(1)(A)** |
| HUCOM COMMUNICATIONS, LTD, BORNA ALIKHANI, TAYLOR HUCOM DESIGN, TAYLOR MANUFACTURING INDUSTRIES, INC., GLOBACORE, INC., AND ENVIRONMENT AGENCY – ABU DHABI, | ) ) ) ) ) ) ) | **CLR 7-10** |
| Defendants. | ) |   |

This Court has read and considered the *ex parte* Motion for an Order Extending Time filed by plaintiff Immersa Marketing, Inc., successor in interest to the Chase Group LLC D/B/A Immersa Marketing (hereinafter "Plaintiff") on December 18, 2013, and all evidence presented and existing in support of that Motion.  It appears to the satisfaction of the Court that *ex parte* relief is proper, and that the current deadline for service of the complaint should be extended.

///

///

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

FDS.Hucom/3236

-1-   Case No.:  CV-13-1859 SBA
ORDER GRANTING NOTICE OF PLAINTIFF'S EX PARTE MOTION TO EXTEND TIME

**THEREFORE, IT IS ORDERED that:**

The current date for service of the complaint is extended from December 31, 2013 to March 31, 2014. Plaintiff shall serve Defendants and file corresponding proofs of service no later than the extended date of March 31, 2014.

Dated: ___December 23___, 2013

By: ___[signature]___
Honorable Saundra Brown Armstrong
United States District Judge

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

FDS.Hucom/3236

-2-     Case No.: CV-13-1859 SBA
ORDER GRANTING NOTICE OF PLAINTIFF'S EX PARTE MOTION TO EXTEND TIME